**In re PRESIDENT CASINOS, INC., Debtor,**

**Mary Zegeer, Appellant,**

v.

**President Casinos, Inc., Appellee.**

**No. 10–2325.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 3, 2010.

Filed: Nov. 5, 2010.

Mary Zegeer, Pittsburg, PA, pro se.

Mark V. Bossi, Brian Hockett, Cheryl A. Kelly, David A. Lander, Thompson & Coburn, William A. Brasher, Brasher Law Firm, St. Louis, MO, Robert Woods Phillips, Simmons & Cooper, E. Alton, IL, for Appellee.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Mary Zegeer appeals the district court's [1] affirmance of the bankruptcy court's [2] order confirming the plan of liquidation for President Casinos, Inc. Following careful de novo review, *see In re Reynolds,* 425 F.3d 526, 531 (8th Cir.2005), we agree with the district court that Zegeer's appeal was equitably moot: the plan has been substantially consummated; Zegeer did not seek a stay; the relief requested

---

1. The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.

2. The Honorable Kathy A. Surratt–States, United States Bankruptcy Judge for the Eastern District of Missouri.

would negatively affect the rights of parties not before the court and the success of the plan; and public policy weighs in favor of mootness. *See In re Williams,* 256 B.R. 885, 896 (8th Cir.BAP 2001) (factors considered in determining equitable mootness). Accordingly, we affirm. *See* 8th Cir. R. 47B.